U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DONALD L. PAXSON | 13-597 BAH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| US DEPARTMENT OF JUSTICE, ET AL., | SC |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
US ATTORNEY GENERAL-DOJ

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
950 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A | |

RECEIVED JUN 11 2013  
Clerk, U.S. District and Bankruptcy Courts

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER  
DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 06/04/2013 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)  
Shauna L. Newman Deputy Director

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

| Date | Time | |
|---|---|---|
| 6/10/13 | 14:30 | ☒ pm |

Signature of U.S Marshal or Deputy  
C. Dumpsell 30083

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55 | ∅ | ∅ | $55 | ∅ | $0.00 |

REMARKS: 6/10 - 1 DUSM, 1 hour, walking distance

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev 12/80

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DONALD L. PAXSON | 13-597 BAH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| US DEPARTMENT OF JUSTICE, ET AL., | SC |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
US DEPARTMENT OF JUSTICE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A | |

**RECEIVED JUN 11 2013 Clerk, U.S. District and Bankruptcy Courts**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 06/04/2013 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served (if not shown above): Shauna L. Lobinsk, Deputy Director

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date 6/10/13   Time 14:30 pm

Signature of U.S. Marshal or Deputy: K Soupsell 30083

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55 | ∅ | ∅ | $55 | ∅ | $0.00 |

REMARKS: 6/10 - 1 Dust, 1 Low, walking distance

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/80